# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendant. | Civil Action No.: 1:18-cv-02069 |

## CERTIFICATE RULE LCVR 26.1

I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the Center for Biological Diversity has no parent corporations, subsidiaries, or any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: September 6, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Adair Shannon*
　　　　　　　　　　　　　　　　　　　　Ryan Adair Shannon
　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. OR 00007)
　　　　　　　　　　　　　　　　　　　　Center for Biological Diversity
　　　　　　　　　　　　　　　　　　　　P.O. Box 11374
　　　　　　　　　　　　　　　　　　　　Portland, OR 97211-0374
　　　　　　　　　　　　　　　　　　　　(503) 283-5474 ext. 407
　　　　　　　　　　　　　　　　　　　　rshannon@biologicaldiversity.org