**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | Civil Action No.: 1:18-cv-02069-TNM |
| v. | **AFFIDAVIT OF SERVICE** |
| U.S. FISH AND WILDLIFE SERVICE, | |
| Defendant. | |

I respectfully certify that service for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Issued Summons |
| ECF 3-1 | Notice of Right to Consent to a Magistrate Judge |
| ECF 4 | Errata to Complaint |
| ECF 4-1 | Exhibit A to Complaint |

On September 7, 2018, the above listed documents were sent by certified mail, return receipt requested, to the following parties:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

U.S. Attorney
c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20001-2733

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The U.S. Fish and Wildlife Service received the documents on September 12, 2018.[1]  The

Attorney General received the documents on September 13, 2018.  The U.S. Attorney's office

received the documents on September 17, 2018.[2]  Receipts and delivery confirmation are

attached hereto as Exhibit A.


DATED: October 4, 2018                    /s/ Cynthia Elkins
                                          Cynthia Elkins, Paralegal
                                          Center for Biological Diversity
                                          P.O. Box 220
                                          Whitethorn, CA 95589

---

[1] The return receipt card for the U.S. Fish and Wildlife Service indicates it received the documents on September 27, 2018.  However, the tracking information and delivery record show the U.S. Postal Service actually delivered the documents more than two weeks prior, on September 12, 2018.  The return receipt and tracking information are both included in Exhibit A.

[2] Similar to above, the tracking information and delivery record show the U.S. Attorney's Office received the documents a day before the date stamp on the return receipt card indicates—delivered on September 17, 2018, not September 18.  The return receipt and tracking information are both included in Exhibit A.

# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

SEP 7 2018

Postage

$

Total Postage and Fees

$

Sent To US Fish & Wildlife Service

Street and Apt. No., or PO Box No. 1849 C Street, NW

City, State, ZIP+4° Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7017 3040 0000 4129 7580

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3486 7275 1546 55

2. Article Number *(Transfer from service label)*
7017 3040 0000 4129 7580

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address...
   If YES...

RECEIVED BY: 9/27/2018
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs -OIS/DHS
EVANGELINE CAMPBELL, DHS CHIEF

...ype
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70173040000041297580

Remove ✕

**Expected Delivery on**

## WEDNESDAY

# 12

SEPTEMBER
2018 ⓘ

See Product Information ⌄

Feedback

## ⊘ Delivered

September 12, 2018 at 1:06 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

Text & Email Updates                                               ⌄

Tracking History                                                    ⌄

Product Information                                                 ⌄

See Less ⌃

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  US Attorney, c/o Civil Process Clerk
Street and Apt. No., or PO Box No.  555 4th St, NW
City, State, ZIP+4®  Washington, DC 20001-2733

7017 3040 0000 4129 7597

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
c/o Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20001-2733

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3486 7275 1546 48

2. Article Number *(Transfer from service label)*
7017 3040 0000 4129 7597

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SEP 18 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package** +

**Tracking Number:** 70173040000041297597

Remove ✕

Your item was delivered at 4:36 am on September 17, 2018 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 17, 2018 at 4:36 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

7017 3040 0000 4129 7603

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

**Total Postage and Fees**

$

Sent To    Attorney General

Street and Apt. No., or PO Box No.   950 Pennsylvania Ave, NW

City, State, ZIP+4®   Washington, DC 20530-0001

Postmark Here — WHITETHORN CA 95589 / SEP 7 2018 / USPS

PS Form **3800**, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | B. Received by *(Printed Name)*          C. Date of Delivery |
| | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>SEP 13 2018 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3104 7124 8164 36

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Mail | |
| ☐ Mail Restricted Delivery (over $500) | |

2. Article Number *(Transfer from service label)*

7017 3040 0000 4129 7603

PS Form **3811**, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt