UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>Plaintiff,<br>v.<br>U.S. FISH AND WILDLIFE SERVICE,<br>Defendant. | Civ. A. No. 18-2069 (TNM) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant United States Department of the Interior, through its undersigned counsel, hereby submits the following answer to Plaintiff's Complaint:

**FIRST DEFENSE**

Defendant has conducted adequate searches in response to the underlying requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, or otherwise are in the process of completing searches and releases of non-exempt, responsive records, or segregable portions thereof. Defendant further avers that some or all of the requested records may be exempt, in full or in part, from release under FOIA.

**RESPONSES TO NUMBERED PARAGRAPHS**

As a separate and further defense, answering specifically the numbered paragraphs of Plaintiff's complaint and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

## INTRODUCTION

1. The allegations contained in Paragraph 1 contains Plaintiff's characterization of this action brought pursuant to FOIA to which no response is required.

2. The allegations contained in Paragraph 2 contains Plaintiff's characterization of the content of Plaintiff's FOIA requests, documents that speaks for themselves and are the best evidence of their contents. The remaining allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

3. This paragraph characterizes the purpose of Plaintiff's lawsuit and the relief Plaintiff seeks to which no response is required.

## JURISDICTION AND VENUE

4. This paragraph contains Plaintiff's conclusions of law to which no response is required.

5. This paragraph contains Plaintiff's conclusion of law to which no response is required.

6. This paragraph contains Plaintiff's conclusion of law to which no response is required.

## PARTIES

7. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and on that basis denies the allegations.

8. Admit that Defendant is an executive agency of the United States government. The balance of the allegations in this paragraph are conclusions of law to which no response is required.

## STATUTORY FRAMEWORK

9. This paragraph contains Plaintiff's conclusion of law to which no response is required.

10. This paragraph contains Plaintiff's conclusion of law to which no response is required.

11. This paragraph contains Plaintiff's conclusion of law to which no response is required.

12. This paragraph contains Plaintiff's conclusion of law to which no response is required.

13. This paragraph contains Plaintiff's conclusion of law to which no response is required.

14. This paragraph contains Plaintiff's conclusion of law to which no response is required.

15. This paragraph contains Plaintiff's conclusion of law to which no response is required.

16. This paragraph contains Plaintiff's conclusion of law to which no response is required.

17. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**STATEMENT OF FACTS**

The American Burying Beetle

18. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

19. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

20. This paragraph contains Plaintiff's conclusion of law to which no response is required.

21. This paragraph contains Plaintiff's conclusion of law to which no response is required.

22. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied. To the extent an additional response is required, Defendant admits that the Department of the Interior added the American burying beetle to the Federal List of Endangered and Threatened Wildlife in 1989, pursuant to the Endangered Species Act. The remaining allegations in this paragraph purport to characterize a notice published in the Federal Register, a document that speaks for itself and is the best evidence of its contents.

23. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied. To the extent an additional response is required, Defendant admits that in 2015 the Fish & Wildlife Service received a petition seeking the removal of the Amercian burying beetle from the Federal List of Endangered and Threatened Wildlife, pursuant to the Endangered Species Act. Defendants further admit that some of the petitioners from the 2015 petition filed suit against the Service in 2017 seeking a finding on the petition. Defendants deny the allegations in the final sentence of Paragraph 24.

24. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

25. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

26. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the second and third sentences of this paragraph and on that basis denies the allegations.

27. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied.

28. The allegations in this paragraph are immaterial to the Plaintiff's legal claims in this lawsuit and on that basis are denied. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, and on that basis denies the allegation.

American Burying Beetle SSA FOIA Request (FWS-2018-00495)

29. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of this paragraph, and on that basis denies the allegation. To the extent this paragraph purports to characterize the content of Plaintiff's FOIA request, Defendant avers that the request is a document that speaks for itself and is the best evidence of its content.

30. This paragraph purports to characterize the content of Plaintiff's FOIA request, a document that speaks for itself and is the best evidence of its content.

31. This paragraph purports to characterize the content of Defendant's acknowledgment of Plaintiff's FOIA request, a document that speaks for itself and is the best evidence of its content.

32. Most of this paragraph purports to characterize written communications between Plaintiff and Defendant, documents that speaks for themselves and are the best evidence of their content.   Defendant admits that this FOIA request was transferred from Region 6 to Region 2.

33. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

34. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

35. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

36. This paragraph contains Plaintiff's conclusion of law to which no response is required.

37. This paragraph contains Plaintiff's conclusion of law to which no response is required.

38. This paragraph contains Plaintiff's conclusion of law to which no response is required.

39. This paragraph contains Plaintiff's conclusion of law to which no response is required.

40. This paragraph contains Plaintiff's conclusion of law to which no response is required.

41. Admit.

“State Representations on Species Status Assessment Teams” Memorandum FOIA Request (FWS-2018-00258)

42. The allegations in the first sentence of this paragraph are immaterial to the Plaintiff’s legal claims in this lawsuit and on that basis are denied. The allegations in the second sentence of this paragraph contains Plaintiff’s conclusion of law to which no response is required. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of this paragraph, and on that basis denies the allegation.

43. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, and on that basis denies the allegation.

44. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of this paragraph and on that basis denies the allegation. The allegations in the second sentence of this paragraph are vague and ambiguous and on that basis are denied.

45. The allegations in this paragraph are immaterial to the Plaintiff’s legal claims in this lawsuit and on that basis are denied. This allegations in the first sentence of this paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

46. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

47. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, and on that basis denies the allegation. To the extent this paragraph purports to characterize the content of Plaintiff’s FOIA request, Defendant avers that the request is a document that speaks for itself and is the best evidence of its content.

48. Admit

49. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

50. Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation. To the extent the allegations in the second sentence of this paragraph purports to characterize the content of Defendant's correspondence with Plaintiff, Defendant avers that the correspondence is a document that speaks for itself and is the best evidence of its content.

51. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

52. Admit.

53. Admit.

54. This paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content.

55. This first sentence of this paragraph purports to characterize the content of a document that speaks for itself and is the best evidence of its content. The allegations in the second sentence of this paragraph are vague and ambiguous and on that basis are denied.

56. This paragraph contains Plaintiff's conclusion of law to which no response is required.

57. This paragraph contains Plaintiff's conclusion of law to which no response is required.

58. This paragraph contains Plaintiff's conclusion of law to which no response is required.

59. Admit.

## CLAIMS FOR RELIEF
## FIRST CLAIM FOR RELIEF
## VIOLATION OF FOIA

### The Service Failed to Provide a Determination on the Center's American Burying Beetle SSA FOIA Request (FWS-2018-00495)

60. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

61. This paragraph contains Plaintiff's conclusion of law to which no response is required.

62. This paragraph contains Plaintiff's conclusion of law to which no response is required.

63. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph contains factual allegations, those allegations are denied.

64. This paragraph contains Plaintiff's conclusion of law to which no response is required.

65. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

66. This paragraph contains Plaintiff's conclusion of law to which no response is required.

67. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF FOIA**
**The Service Failed to Complete an Adequate Search for Records Responsive to the Center's American Burying Beetle SSA FOIA Request (FWS-2018-00495)**

68. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

69. This paragraph contains Plaintiff's conclusion of law to which no response is required.

70. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph and on that basis denies the allegation.

71. This paragraph contains Plaintiff's conclusion of law to which no response is required.

72. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**THIRD CLAIM FOR RELIEF**
**VIOLATION OF FOIA**

**The Service Failed to Promptly Disclose All Non-Exempt Records Responsive to the Center's American Burying Beetle SSA FOIA Request (FWS-2018-00495)**

73. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

74. This paragraph contains Plaintiff's conclusion of law to which no response is required.

75. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or

knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

76. This paragraph contains Plaintiff's conclusion of law to which no response is required.

77. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**FOURTH CLAIM FOR RELIEF**
**VIOLATION OF FOIA**

**The Service Failed to Provide Reasonably Segregable Portions of Lawfully Exempt Records Responsive to the Center's American Burying Beetle SSA FOIA Request (FWS-2018-00495)**

78. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

79. This paragraph contains Plaintiff's conclusion of law to which no response is required.

80. This paragraph contains Plaintiff's conclusion of law to which no response is required.

81. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

82. This paragraph contains Plaintiff's conclusion of law to which no response is required.

83. This paragraph contains Plaintiff's conclusion of law to which no response is required.

## FIFTH CLAIM FOR RELIEF

## VIOLATION OF FOIA
### The Service Failed to Provide a Determination on the Center's "State Representation on Species Status Assessment Teams" Memorandum FOIA Request (FWS-2018-00258)

84. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

85. This paragraph contains Plaintiff's conclusion of law to which no response is required.

86. This paragraph contains Plaintiff's conclusion of law to which no response is required.

87. This paragraph contains Plaintiff's conclusion of law to which no response is required.

88. This paragraph contains Plaintiff's conclusion of law to which no response is required.

89. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

90. This paragraph contains Plaintiff's conclusion of law to which no response is required.

91. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**SIXTH CLAIM FOR RELIEF**
**VIOLATION OF FOIA**

**The Service Failed to Complete an Adequate Search for Records Responsive to the Center's "State Representation on Species Status Assessment Teams" Memorandum FOIA Request (FWS-2018-00258)**

92. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

93. This paragraph contains Plaintiff's conclusion of law to which no response is required.

94. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph and on that basis denies the allegation.

95. This paragraph contains Plaintiff's conclusion of law to which no response is required.

96. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**SEVENTH CLAIM FOR RELIEF**
**VIOLATION OF FOIA**

**The Service Failed to Promptly Disclose All Non-Exempt Records Responsive to the Center's "State Representation on Species Status Assessment Teams" Memorandum FOIA Request (FWS-2018-00258)**

97. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

98. This paragraph contains Plaintiff's conclusion of law to which no response is required.

99. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

100. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**101.** This paragraph contains Plaintiff's conclusion of law to which no response is required.

## EIGHTH CLAIM FOR RELIEF
## VIOLATION OF FOIA

### The Service Failed to Provide Reasonably Segregable Portions of Lawfully Exempt Records Responsive to the Center's "State Representation on Species Status Assessment Teams" Memorandum FOIA Request (FWS-2018-00258)

102. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

103. This paragraph contains Plaintiff's conclusion of law to which no response is required.

104. This paragraph contains Plaintiff's conclusion of law to which no response is required.

105. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

106. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**107.** This paragraph contains Plaintiff's conclusion of law to which no response is required.

**NINTH CLAIM FOR RELIEF**
**VIOLATION OF ADMINISTRATIVE PROCEDURE ACT**

**The Service Unlawfully Withheld and Unreasonably Delayed Actions Required by FOIA, Acted Arbitrarily and Capriciously, Abused its Discretion, Acted Not in Accordance with Law, and/or Failed to Observe Procedures Required by Law in Response to the Center's American Burying Beetle SSA FOIA Request (FWS-2018-00495) and "State Representation on Species Status Assessment Teams" Memorandum FOIA Request (FWS-2018-00258)**

108. Defendant re-alleges and incorporates by reference all of the forgoing responses as though fully set forth herein.

109. This paragraph contains Plaintiff's conclusion of law to which no response is required.

110. This paragraph contains Plaintiff's conclusion of law to which no response is required.

111. This paragraph contains Plaintiff's conclusion of law to which no response is required.

112. This paragraph contains Plaintiff's conclusion of law to which no response is required.

113. This paragraph contains Plaintiff's conclusion of law to which no response is required. To the extent this paragraph requires a response, Defendant is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in the first sentence this paragraph, and on that basis denies the allegation.

114. This paragraph contains Plaintiff's conclusion of law to which no response is required.

115. This paragraph contains Plaintiff's conclusion of law to which no response is required.

116. This paragraph contains Plaintiff's conclusion of law to which no response is required.

**PRAYER FOR RELIEF**

This paragraph contains Plaintiff's request for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/

RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*