UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civ. A. No. 1:18-cv-02069-TNM <br> ) |
| U.S. FISH AND WILDLIFE SERVICE, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## PLAINTIFF'S STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff the Center for Biological Diversity ("Center") hereby submits this Report and Proposed Schedule in accordance with the Court's Minute Order of October 18, 2018. It is the understanding of the undersigned counsel for the Plaintiff that Defendant U.S. Fish & Wildlife Service ("Service") will be filing a Report and Proposed Schedule separately.[1]

1. At issue in the Complaint are two separate FOIA requests submitted by the Center.

2. The Center submitted the first FOIA request—referred to in the Complaint, ECF 1, as the "'State Representation on Species Status Assessment Teams' Memorandum FOIA Request"—on December 7, 2017 and FWS assigned that FOIA request tracking number FWS-2018-00258. In this request, the Center also requested a copy of a memorandum written by then Principal Deputy Director Greg Sheehan's entitled "State Representation on Species Status Assessment Teams" as well as all records mentioning, including, referencing, and/or generated in connection with Principal Deputy Director Sheehan's memorandum. The Center has received

---

[1] *See* Declaration of Amy R. Atwood ("Atwood Dec.").

a copy of this memorandum from the Service.

3.  The second FOIA request—referred to in the Complaint as the "American Burying Beetle SSA FOIA Request"—was submitted by the Center on February 27, 2018, and requests all records generated in connection with a "species status assessment" for the American burying beetle, including but not limited to all records of communications with scientists outside the Service. The Service assigned that FOIA request tracking number FWS-2018-00495.

4.  The Service has informed the Center that the Service is conducting a search for records responsive to both requests. Atwood Dec. at ¶ 2. As such, the number of potentially responsive records is not yet available to the Center. *Id.*

5.  Nevertheless, Plaintiff believes that the Service is prepared to meet the following production schedule:[2]

   a.  By January 18, 2019, FWS is will produce a first batch of records responsive to FWS-2018-00258, consisting of the HQ-ES records related to part 2 of FWS-2018-00258.

   b.  By February 15, 2019, FWS is prepared to produce all remaining records responsive to both requests, including a second batch of records responsive to FWS-2018-00495 and all HQ-FOIA records responsive to FWS-2018-00495 and FWS-2018-00258.

6.  Accordingly, Plaintiff proposes that the Court set a deadline on or before March 15, 2019 for the Parties to provide a joint status report and proposed schedule to the Court. This date will provide the Center with adequate time to review FWS's response to both FOIA requests and to determine what outstanding issues remain and whether a *Vaughn* index is warranted in

---

[2] *See* Atwood Dec. at ¶ 2.

this case. Atwood Dec. at ¶ 3-5.

7. Plaintiff respectfully requests the Court defer setting a briefing schedule for dispositive motions at this time.

Respectfully submitted,

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
(971) 717-6401
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211-0374

*Counsel for Center for Biological Diversity*