UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. FISH AND WILDLIFE SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 1:18-cv-02069-TNM |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

THE PARTIES, Defendant U.S. Fish and Wildlife Service ("FWS") and Plaintiff Center for Biological Diversity ("Center"), by and through their undersigned counsel, pursuant to this Court's January 30, 2019, Minute Order, submit this Joint Status Report:

1. At issue in the Complaint are two separate FOIA requests submitted by the Center. The Center submitted the first FOIA request—referred to in the Complaint, ECF 1, as the "'State Representation on Species Status Assessment Teams' Memorandum FOIA Request"—on December 7, 2017 and FWS assigned that FOIA request tracking number FWS-2018-00258. FWS-2018-00258 requests a copy of a memorandum written by then Principal Deputy Director Greg Sheehan's entitled "State Representation on Species Status Assessment Teams" as well as all records mentioning, including, referencing, and/or generated in connection with Principal Deputy Director Sheehan's memorandum. The second FOIA request—referred to in the Complaint as the "American Burying Beetle SSA FOIA Request"—submitted by the Center on February 27, 2018, requests all records generated in connection with the ongoing species status assessment for the American burying beetle, including but not limited to all records of

communications with scientists outside FWS. FWS assigned that FOIA request tracking number FWS-2018-00495.

2. FWS hereby reports that it continues to conduct a search for records responsive to both requests. As such, the number of potentially responsive records is not yet available. However, FWS estimates that there are over 10,000 records potentially responsive to FWS-2018-00495. The agency sub-components involved in the search for responsive material related to FWS-2018-00495 includes at least six (6) field offices across five (5) regions. The agency initially compiled a list of 47 employees across the agency as potentially having responsive records. The agency is working to narrow that list to a smaller core group, but the agency will still need to query over 25 employees and/or run system queries to determine responsive material. The agency is confident that this will result in well over 10,000 electronic mailings, along with literature, drafts, GIS, and other electronic records that will all require review.

3. FWS originally proposed to make an initial production of records responsive to FWS-2018-00258 by January 18, 2019, and to produce all remaining records responsive to both requests by February 15, 2019. However, on December 22, 2018, the federal government was partially shutdown. Both FWS and the Department of Justice were affected by the partial government shutdown.

4. On January 25, 2019, funding to the affected agencies was restored, ECF 14, allowing work on Plaintiff's FOIA requests to resume.

5. Plaintiff and Defendant have agreed upon a new production schedule reflecting the delay caused by the partial government shutdown. Therefore:

    a. On February 15, 2019, FWS will produce a first batch of records responsive to FWS-2018-00258, which will consist of the HQ-ES records related to part 2 of

FWS-2018-00258. FWS has already produced a copy of Principal Deputy Director Greg Sheehan's "State Representation on Species Status Assessment Teams" memorandum.

b. On March 29, 2019, FWS will produce all remaining records responsive to both requests, including all remaining records responsive to FWS-2018-00495 and FWS-2018-00258.

6. In light of the above, the Parties propose that they provide a further status report to the Court on or before April 26, 2019. Such a date will provide the Center with adequate time to review FWS's response to both FOIA requests and to determine what outstanding issues, if any, remain.

7. The Parties thus request that the Court defer setting a briefing schedule for dispositive motions. However, if FWS fails to respond to the Center's FOIA requests according to the schedule set forth above, and if an agreement cannot be reached between the Parties regarding FWS's failure, the Center reserves the right to file dispositive motions to obtain the requested records.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559

Rhonda.campbell@usdoj.gov

*Counsel for United States*

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon, D.C. Bar No. OR 00007
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(214) 476-8755
rshannon@biologicaldiversity.org

Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Counsel for Center for Biological Diversity*