UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,  )<br>    )<br>Plaintiff,  )<br>    )<br>v.    )<br>    )<br>U.S. FISH AND WILDLIFE SERVICE,   )<br>    )<br>Defendant.   )<br>    ) | Civ. A. No. 18-2069 (TNM) |

## MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

THE PARTIES, Defendant U.S. Fish and Wildlife Service ("FWS") and Plaintiff Center for Biological Diversity, by and through their undersigned counsel, respectfully request an extension of time, to and though June 28, 2019, to file the Stipulation of Dismissal.

The extension is necessary for the following reasons: The draft stipulation is being internally reviewed by the United States Department of the Interior, of which FWS is a sub-component. Consequently, Defendant respectfully requests that the Court extend the time to file the Stipulation of Dismissal to no later than June 28, 2019.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon
D.C. Bar Number OR0007
Staff Attorney
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Plaintiff*